SHAW & REED, Respondents, *v.* GEORGE H. DAVIS, Appellant.

A broker, whose commissions or compensation depends on his principal's recovery, is incompetent as a witness, on the ground that he is directly interested in the event of the suit.

APPEAL from the Superior Court of the City of San Francisco.

*Pearkes & Wattson,* for Appellant.

*Robinson & Beatty,* for Respondents.

MURRAY, C. J., delivered the opinion of the Court. HEYDENFELDT, J., concurred.

On the trial of this cause in the Court below, the plaintiffs intro-

duced as a witness one Webb, who testified on his *voir dire,* that he had negotiated the contract between the parties, and that his brokerage or compensation depended on the plaintiff's recovery; as it was a custom among brokers not to charge commissions in case a sale miscarried.

The witness was incompetent, and should have been excluded; inasmuch as he was directly interested in the event of the suit.

Judgment reversed, and new trial ordered.